■ ELEANOR VAN BUSKIRK, as Administrator of the Estate of MYRON VAN BUSKIRK, Deceased, Appellant, v. MOHAWK POWER CORPORATION, Respondent, and CONSOLIDATED GAS AND SERVICE Co., Appellant.— Orders reversed, with $10 costs and disbursements, insofar as said orders deny the examination, discovery and inspection requested in paragraph 4 of the notices of motion, on the ground that the denial thereof was an improvident exercise of discretion on the part of Special Term, and the motions granted as to said Items 4. All concur. (Appeals from parts of two orders of Onondaga Special Term denying in part separate motions by plaintiff and by defendant Consolidated Gas and Service Co. for discovery and inspection.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ KAYE E. ANDREWS, an Infant, by DWIGHT H. ANDREWS, Her Guardian ad Litem, Appellant, v. SODUS CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF SODUS, LYONS AND ARCADIA, Respondent. DWIGHT H. ANDREWS, Appellant, v. SODUS CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF SODUS, LYONS AND ARCADIA, Respondent.— Order reversed on the law and facts, with $10 costs and disbursements and motion granted, with $10 costs. Memorandum: Special Term properly denied the motions upon the authority of *Sandak* v. *Tuxedo Union School Dist. No. 3* (283 App. Div. 732). In the light of the subsequent reversal of that decision (308 N. Y. 226) it now appears that plaintiffs' notices of claim are sufficient. In the exercise of discretion the requested relief should be granted. All concur. (Appeal from an order of Wayne Special Term denying plaintiffs' motion to amend their complaints by bringing in an additional party defendant, in a negligence action.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ GEORGE GENTILE, Appellant, v. JOSEPH P. HILDMAN et al., Individually and Doing Business as SPECIALTY MOTOR & BRAKE SERVICE, Respondents.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the evidence presented questions of fact as to negligence and contributory negligence. All concur. (Appeal from a judgment of Onondaga Trial Term dismissing the complaint at the close of plaintiff's case, in a negligence action.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ WILLIAM ZAK, Respondent, v. MURRAY KLAUBER, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Erie Equity Term for plaintiff in an action for reformation of a contract. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ NICHOLAS FERRARI et al., Appellants, v. ROSELAND PARK, INC., Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term dismissing a show cause order which seeks denial of defendant's motion to change venue in a negligence action.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.